**Catrina Louise HILBURN, Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Appellee.**

**No. 11–3197.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 21, 2012.

Filed: June 26, 2012.

Donald Eugene Bishop, Harrison, AR, Sarah H. Bohr, Bohr & Harrington, Atlantic Beach, FL, for Plaintiff-Appellant.

Claude Shackelford Hawkins, Jr., U.S. Attorney's Office, Fort Smith, AR, Michael

---

1. The Honorable Erin Setser, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Mcgaughran, Shalyn Timmons, Assistant Regional Counsel, Social Security Administration Office of General Counsel Region VI, Dallas, TX, for Defendant-Appellee.

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Catrina Louis Hilburn appeals the district court's[1] order affirming the denial of disability insurance benefits and supplemental security income. Upon careful consideration of the issues Hilburn raises as bases for reversal, and upon de novo review of the record, this court agrees with the district court that substantial evidence on the record as a whole supports the Commissioner's decision. *See Perkins v. Astrue,* 648 F.3d 892, 897 (8th Cir.2011). This court affirms. *See 8th Cir. R. 47B.*